IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN THE MATTER OF:                                                      CASE NO. 23-40316

DFW BOAT SPECIALISTS LLC
2401 WORTHINGTON DR., STE. 106
DENTON, TX 76207
DBA AR MOTORS TX

    DEBTOR                                                                               CHAPTER 11

<u>NOTICE OF APPEARANCE
ANDREQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS</u>

     Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  February 23, 2023

                                                                                          Respectfully submitted,

                                                                                          MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, The County of Denton, Texas

<u>*/s/Julie Anne Parsons*</u>
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Eric A Liepins, Eric A. Liepins, P.C., 12770 Coit Road Suite 850, Dallas, Texas 75251, and to those parties listed on the Court's Notice of Electronic Filing on February 23, 2023, by Electronic Notification.

/s/Julie Anne Parsons
Julie Anne Parsons