IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § § § | |
| DFW BOAT SPECIALISTS, LLC | § § § § § § | Case no.23-40316 -11 |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON MOTION FOR INTERIM USE OF CASH COLLATERAL

CAME on this day to be considered the Emergency Motion to Use Cash Collateral filed in this proceeding on February 23, 2023. The Court having reviewed the pleading and having heard testimony of witnesses and argument of counsel finds that an emergency need exists to order the relief herein on an interim basis and that it is in the best of the Debtor, the Debtor's estate and Debtor's creditors, to authorize the Debtor to use cash collateral is the only means available to Debtor to finance its operation at the present and that immediate and irreparable harm will result if the Debtor is not permitted to use the cash collateral in the amounts set forth in the Budget. It is accordingly,

ORDERED that the Debtor be and is by this Order authorized to use on an interim basis the cash collateral and proceeds in which Action Credit Enterprises, LLC, Nextgear Capital, Carbucks and XL Funding (collective "Secured Creditors") assert lien positions in accordance with the

provisions in the Budget attached hereto, for any budgeted item that is due and payable before the final hearing. It is further

ORDERED, for any payment on the budget for which the Debtor would needs Court approval, the Debtor shall obtain such approval prior to payment of such item.

ORDERED that as adequate protection the secured Creditors hereby granted replacement liens under 11 U.S.C. §552, to the extent of any diminishment in the value of the Secured creditors's interest in such cash collateral, in accordance with their existing priority. It is further

ORDERED that a hearing will be held on _____, 2023 at _:__ o'clock _ .m. to determine if this Order should be continued, modified or terminated.

30 day budget for DFW Specialists.

Expenses
| | |
|---|---|
| Utilities | 925 |
| insurance | 495 |
| dealer platform | 200 |
| quickbooks | 175 |
| internet | 150 |
| nextiva | 300 |
| dealersearch | 500 |
| rent | 9,500 |
| parking - rent | 3,300 |
| payroll w/taxes | 32,866 |
| google | 120 |
| carfax | 1,600 |
| telephone | 65 |

projected income $80,000