# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
DFW Boat Specialists LLC
2401 Worthington Dr. Suite 106
Denton , TX 76207
EIN: 85-3179081
Debtor

Case No. 23-40316 btr
Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED
## IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by March 08, 2023.**

Schedules
**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B** - Schedule A/B: Property (non-individuals)
**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements
**B 207** - Statement of Your Financial Affairs (non-individuals)

Chapter 11
**B 204** - The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: February 23, 2023**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40316-btr |
| DFW Boat Specialists LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: pdf400 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | + | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | + | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 23:36:16 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| cr | + | Email/Text: jduty@nationalfunding.com | Feb 23 2023 23:38:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| cr | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Feb 23 2023 23:38:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf400 | Total Noticed: 10 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2