# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>DFW BOAT SPECIALISTS LLC<br>2401 Worthington Dr. Suite 106<br>Denton, TX 76207<br>*dba* AR Motors TX<br><br>Debtor | Case No. 23-40316<br>Chapter 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Mark A. Weisbart
10501 N Central Expy, Suite 106
Dallas, Texas 75231
(972) 755-7103 Phone/Fax
MWeisbart@HaywardFirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: 02/27/2023    William Neary, United States Trustee for Region 6
(Northern and Eastern Districts of Texas)

By: */s/ John Vardeman*
John Vardeman
Trial Attorney
TBN 20496260
United States Trustee
110 N College, Suite 300
Tyler, TX 75702
(903) 590-1450 ext. 218
(903) 590-1461 Fax