Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−40316
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

DFW Boat Specialists LLC

## NOTICE OF COURT PROCEEDING

A status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, April 4, 2023*

at

*10:00 AM*

to consider and act upon document 1 − Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Eric Liepins, Chapter 11 Plan due by 05/23/2023.Document Due 03/1/2023.(Liepins, Eric) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, March 21, 2023
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, February 28, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court