Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−40316
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

DFW Boat Specialists LLC

## NOTICE OF COURT PROCEEDING

A status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, April 4, 2023*

at

*10:00 AM*

to consider and act upon document 1 − Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Eric Liepins, Chapter 11 Plan due by 05/23/2023.Document Due 03/1/2023.(Liepins, Eric) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, March 21, 2023
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, February 28, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 23-40316-btr

DFW Boat Specialists LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 100v2 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | XL Funding, LLC d/b/a AXLE Funding, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| 8235067 | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| 8235068 | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| 8235069 | + | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| 8235070 | + | CarBucks, 417 Woods Lake Rd, Greenville, SC 29607-2777 |
| 8235071 | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | Mar 01 2023 00:15:00 | Denton County, c/o McCreary, Veseka, Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: jduty@nationalfunding.com | Mar 01 2023 00:16:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| 8235072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2023 00:18:08 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| 8235073 | | Email/Text: mspurrier@nationalfunding.com | Mar 01 2023 00:15:00 | National Funding, 9530 Towne Centere Dr., San Diego, CA 92121 |
| 8235074 | + | Email/Text: bankruptcy@discoverdsc.com | Mar 01 2023 00:15:00 | NextGear Capital, Wholesale 11799 North College Avenue, Carmel, IN 46032-5605 |
| 8235075 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Mar 01 2023 00:16:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | * | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | *+ | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | *+ | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |

Case 23-40316   Doc 21   Filed 03/02/23   Entered 03/02/23 23:34:05   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 100v2 | Total Noticed: 15 |

| cr | *+ | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |
| cr | *+ | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher V. Arisco | on behalf of Creditor XL Funding  LLC d/b/a AXLE Funding carisco@padfieldstout.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital  Inc. carisco@padfieldstout.com |
| Eric A Liepins | on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com  martha@ealpc.com;r56883@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Julie Anne Parsons | on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Mark A WEISBART (SBRA V) | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |

TOTAL: 6