# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
DFW Boat Specialists LLC                              Case No. 23-40316 btr
2401 Worthington Dr. Suite 106                        Chapter: 11
Denton , TX 76207
EIN: 85-3179081
Debtor

## ORDER SETTING 7-DAY DISMISSAL DEADLINE FOR
## FILING DECLARATIONS FOR ELECTRONIC FILING

On **02/22/2023**, the above-referenced Debtor filed by electronic means the voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code, and list of creditors (matrix). The filing of documents with this Court by electronic means is authorized and governed by administrative procedures contained in LBR Appendix 5005 to the Local Rules of Bankruptcy Procedure. Specifically, Section III(B)(3) of LBR Appendix 5005 requires that:

> [w]ithin seven (7) days of the filing by electronic means of a bankruptcy petition,
> list, schedule, or statement that requires verification under Fed. R. Bankr. P. 1008,
> the Electronic Filer shall file with the Court the appropriate "Declaration for
> Electronic Filing," substantially conforming either to Exhibit "B-1", "B-2", or
> "B-3", which has been executed by the debtor or by the authorized representative of
> the debtor.

However, the Debtor failed to fulfill that requirement as to the voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code, and list of creditors (matrix) filed with the Court. Thus, in violation of Fed. R. Bankr. P. 1008, the Debtor have, in actuality, failed to present the voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code, and list of creditors (matrix) which have been verified under penalty of perjury by the Debtor or contain an unsworn declaration of the Debtor as provided in 28 U.S.C. §1746. Thus, the failure of the Debtor to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure constitutes a willful failure of the Debtor to abide by the orders of this Court as well as an unreasonable delay that is prejudicial to creditors. Thus, just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Debtor shall file the appropriate "Declaration for Electronic Filing" for the voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code, and list of creditors (matrix) with the Court within **seven (7) calendar days** of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Debtor fails to comply with the above directive within seven (7) calendar days of the entry of this Order, absent a further order of the Court extending such deadline for cause shown, this case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and **with prejudice** to the rights of the Debtor to file a subsequent petition under any of the provisions of Title 11, United States Code, for a period of ninety (90) days from the entry of the order of dismissal.

Signed on 03/02/2023

*Brenda T. Rhoades*     SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                      Case No. 23-40316-btr

DFW Boat Specialists LLC                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: pdf400 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | + | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | + | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | XL Funding, LLC d/b/a AXLE Funding, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | Mar 02 2023 23:28:00 | Denton County, c/o McCreary, Veseka , Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2023 23:40:55 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| cr | + | Email/Text: jduty@nationalfunding.com | Mar 02 2023 23:28:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| cr | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Mar 02 2023 23:28:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0540-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2023 | Form ID: pdf400 | Total Noticed: 13

Date: Mar 04, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | on behalf of Creditor XL Funding  LLC d/b/a AXLE Funding abp@livepad.com |
| Christopher V. Arisco | on behalf of Creditor XL Funding  LLC d/b/a AXLE Funding carisco@padfieldstout.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital  Inc. carisco@padfieldstout.com |
| Eric A Liepins | on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com  martha@ealpc.com;r56883@notify.bestcase.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Julie Anne Parsons | on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Mark A WEISBART (SBRA V) | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |

TOTAL: 8