IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS, LLC | § | Case no.23-40316-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON EMERGENCY MOTION TO COMPEL DELIVERY OF FUNDS

CAME ON to be considered this dat the Motion of DFW Boat Specialists, LLC., Debtor in the above styled and numbered cause to Compel Delivery of Funds ("Motion"). The Court having reviewed the Motion and having been advised the parties have reached an agreement on the Motion is of the opinion the following Order shall enter. It is accordingly,

ORDERED, ADJUDGED AND DECREED Westlake Financial shall immediately deliver the funds representing the sale of the three vehicles described in the Motion to the Debtor.