

## Westlake Financial

4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010

| | | | |
|---|---|---|---|
| **Re:** | Funding Notification: 1 Title Float | **Date:** | 3/3/2023 |
| **To:** | DFW Boat Specialists LLC-100435666 | **From:** | Westlake Financial Marketing Department |
| **Fax:** | (972) 945-0080 | **Phone:** | (888) 8-YES-YES, (888) 893-7937 |

| | | | |
|---|---|---|---|
| **Application #:** | 79714799 | **Product:** | Gold |
| **Customer Name:** | BRITTANY PERALES | **VIN:** | JN8AZ1MU0CW117516 |

**Message:**

Thank you for your business. Your funding check has been processed and may be available for release under our 1 Title Float policy. Please E-Mail the Validated Registration showing Westlake Financial as the lien holder along with this fax to 79714799@titles.westlakefinancial.com to expedite the release.
Please allow 24 hours for the processing of your document.

>> Your funds are being held on Westlake Flooring hold. Please call (855) 493-7357 to resolve this hold and release your funds.

Reminder: Please activate any back-end products, such as; Gap, Extended Service Contract, Anti-Theft, etc. within 30 days of this notice.

**Funding Details:**

| | |
|---|---|
| Amount Financed: | $7,374.39 |
| Lender Fee: | - $199.99 |
| Rate Participation: | + $181.44 |
| Net Check: | $7,355.84 |
| **Total Proceeds:** | **$7,355.84** |

*Floored with NextGear*



EXHIBIT A



## Westlake Financial

4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010

| | | | |
|---|---|---|---|
| **Re:** | Funding Notification: 1 Title Float | **Date:** | 3/3/2023 |
| **To:** | DFW Boat Specialists LLC-100435666 | **From:** | Westlake Financial Marketing Department |
| **Fax:** | (972) 945-0080 | **Phone:** | (888) 8-YES-YES, (888) 893-7937 |
| **Application #:** | 79602898 | **Product:** | Standard |
| **Customer Name:** | ELIJAH TROMELL | **VIN:** | 1N4AL3AP9FC197787 |

**Message:**

Thank you for your business. Your funding check has been processed and may be available for release under our 1 Title Float policy. Please E-Mail the Validated Registration showing Westlake Financial as the lien holder along with this fax to 79602898@titles.westlakefinancial.com to expedite the release.
Please allow 24 hours for the processing of your document.

>> Your funds are being held on Westlake Flooring hold. Please call (855) 493-7357 to resolve this hold and release your funds.

Reminder: Please activate any back-end products, such as; Gap, Extended Service Contract, Anti-Theft, etc. within 30 days of this notice.

**Funding Details:**

| | |
|---|---|
| Amount Financed: | $5,227.93 |
| Lender Fee: | - $499.99 |
| Net Check: | $4,727.94 |
| **Total Proceeds:** | **$4,727.94** |

Floored with NextGear



EXHIBIT B



**Westlake Financial**

4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010

| | | | |
|---|---|---|---|
| **Re:** | Funding Notification: 1 Title Float | **Date:** | 3/4/2023 |
| **To:** | DFW Boat Specialists LLC-100435666 | **From:** | Westlake Financial Marketing Department |
| **Fax:** | (972) 945-0080 | **Phone:** | (888) 8-YES-YES, (888) 893-7937 |
| **Application #:** | 79431840 | **Product:** | Gold |
| **Customer Name:** | KECK ANTHONY | **VIN:** | 1J4GL58515W635259 |

**Message:**

Thank you for your business. Your funding check has been processed and may be available for release under our 1 Title Float policy. Please E-Mail the Validated Registration showing Westlake Financial as the lien holder along with this fax to 79431840@titles.westlakefinancial.com to expedite the release.
Please allow 24 hours for the processing of your document.

>> Your funds are being held on Westlake Flooring hold. Please call (855) 493-7357 to resolve this hold and release your funds.

Reminder: Please activate any back-end products, such as; Gap, Extended Service Contract, Anti-Theft, etc. within 30 days of this notice.

**Funding Details:**

| | |
|---|---|
| Amount Financed: | $6,033.30 |
| Lender Fee: | - $100.00 |
| Rate Participation: | + $73.58 |
| **Net Check:** | **$6,006.88** |
| **Total Proceeds:** | **$6,006.88** |



EXHIBIT C