Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE                                    §
                                         §
DFW BOAT SPECIALISTS, LLC                §
                                         §        Case no.23-40316 -11
                                         §             CHAPTER 11
            DEBTOR                       §

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the Order Granting Emergency hearing on Use of Cash Collateral was sent via telecopy or mail to  Nextgear Capital at Jose.Sancen@coxautoinc.com, XL Funding at Valdes.Juan@axlefunding.com **and mike.sweeney@usecarbucks.com** and carbucks and all parties on the attached matrix and the United States Trustee on  the 24th day of February 2023.

                        Respectfully submitted,

                        Eric A. Liepins
                        Eric A. Liepins, P.C.
                        12770 Coit Road
                        Suite 850
                        Dallas, Texas 75251
                        (972) 991-5591
                        (972) 991-5788 - telecopier

                        By:_/s/ Eric Liepins_____
                               Eric A. Liepins, SBN 12338110

                        PROPOSED ATTORNEY FOR DEBTOR