| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40316<br>Eastern District of Texas<br>Sherman<br>Thu Feb 23 18:23:58 CST 2023 | AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Axle Funding<br>14951 Dallas Pkwy #200<br>Dallas, TX 75254-6883 | CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607-2777 | CarBucks Floor Plan<br>417 Woods Lake Rd.<br>Greenville, SC 29607-2777 |
| DFW Boat Specialists LLC<br>2401 Worthington Dr. Suite 106<br>Denton, TX 76207-3451 | Denton County<br>c/o McCreary, Veseka , Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Eric A Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 |
| National Funding, Inc.<br>9820 Town Centre Drive<br>San Diego, CA 92121-1912 | NextGear Capital<br>Wholesale 11799 North College Avenue<br>Carmel, IN 46032-5605 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD SUITE 100<br>Los Angeles, CA 90010-3847 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | (d)JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | (d)American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | (d)Axle Funding<br>14951 Dallas Pkwy #200<br>Dallas, TX 75254-6883 |

(d)Green Note Capital  
1019 Avenue P Suite 401  
Brooklyn, NY 11223-2366

(d)NextGear Capital Wholesale  
11799 North College Avenue  
Carmel, IN 46032-5605

(d)WESTLAKE SERVICE INC  
4751 WILSHIRE BLVD SUITE 100  
LOS ANGELES, CA 90010-3847

End of Label Matrix  
Mailable recipients    17  
Bypassed recipients     6  
Total                  23