IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS, LLC | § | |
| | § | Case no.23-40316 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**ORDER ON MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES. SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES. AND STATEMENTS OF FINANCIAL AFFAIRS**

CAME ON, to be considered this day the Motion of DFW Boat Specialist, LLC ("Debtor"), for entry of an order for an extension of the Debtor's time to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the time for the Debtor to file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs is extended until March 21, 2023.