Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23–40316
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

DFW Boat Specialists LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, March 21, 2023*

at

*09:30 AM*

to consider and act upon document 30 – Motion to Extend Time to File Schedules, Statements and Other Required Documents Filed by DFW Boat Specialists LLC (Attachments: # 1 Proposed Order # 2 Service List) (Liepins, Eric) filed as document number 30 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, March 9, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court