# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:                                          CASE NO. 23-40316-11
                                                           Chapter 11

DFW BOAT SPECIALIST, LLC,

       Debtor.

_____/

## WESTLAKE SERVICES, LLC'S NOTICE CONCERNING TRANSFER OF FUNDS IN ACCORDANCE WITH ORDER ON EMERGENCY MOTION TO COMPEL DELIVERY OF FUNDS

Westlake Services, LLC dba Westlake Financial ("Westlake Financial"), respectfully files this Notice Concerning Transfer of Funds in Accordance with the Court's Order on Emergency Motion to Compel Delivery of Funds (Doc No. 32) ("Notice") and states:

      1.      On March 7, 2023, the Court entered an order directing Westlake Financial to turn over funds in its possession related to the financing of three vehicles referenced in Debtor's Motion to Compel Turnover of Funds to Debtor DFW Boat Specialist LLC (Doc No 26), amounting to $18,090.66 by 5 p.m. central time of March 9, 2023.

      2.      On March 8, 2023, Westlake Financial confirmed the funds were released to the JP Morgan Chase Bank, N.A. account disclosed on Westlake Financials' Automatic Clearing House Deposit Form submitted with the Master Dealer Agreement between Debtor and Westlake. Below is a confirmation of the transfer of the funds.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEALER FUNDING | 3/8/2023 | EFT00121337 | ACH | JA03082023CF2 | CHASE DISB | DFW BOAT SPECIALISTS LLC | $4,727.94 |
| DEALER FUNDING | 3/8/2023 | EFT00121338 | ACH | JA03082023CF2 | CHASE DISB | DFW BOAT SPECIALISTS LLC | $7,355.84 |
| DEALER FUNDING | 3/8/2023 | EFT00121339 | ACH | JA03082023CF2 | CHASE DISB | DFW BOAT SPECIALISTS LLC | $6006.88 |

3. Undersigned counsel provided the above confirmation to counsel for the Debtor who has advised that the funds should have been transferred to an account at First United Bank.

4. Westlake respectfully submits that it has complied with the Court's Order and has, at all times, acted in good faith in order to comply with the Court's Order.

                                  Respectfully submitted,

                                  */s/ James R. Liebler, II, Esquire*
                                  James R Liebler, II (FBN 115348)
                                  **LIEBLER, GONZALEZ & PORTUONDO**
                                  Courthouse Tower - 25th Floor
                                  44 West Flagler Street
                                  Miami, FL 33130
                                  (305) 379-0400
                                  (305) 379-9626
                                  JRLII@lgplaw.com
                                  *Attorneys for Westlake Services*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **March 9, 2023**, the foregoing document was filed with the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

                                  */s/ James R. Liebler, II*
                                  JAMES R. LIEBLER, II