Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS, LLC | § | |
| | § | Case no.23-40316 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**CERTIFICATE OF NON COMPLIANCE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, DFW Boat Specialists, LLC., ("Debtor") and files this its Certificate of Non-Compliance, and in support thereof would show;

1. The Court entered its Order on Motion to Compel Delivery of Funds on March 7, 2023 ("Order").

2. The Order directed funds to be delivered to the Debtor by 5:00 p.m. on March 9, 2023.

3. The funds were not delivered to the Debtor by 5:00 p.m. on March 9, 2023.

Respectfully submitted,

                    Eric A. Liepins
                    Eric A. Liepins, P.C.
                    12770 Coit Road
                    Suite 850
                    Dallas, Texas 75251
                    (972) 991-5591
                    (972) 991-5788 - telecopier

                    By:_/s/ Eric Liepins_____
                        Eric A. Liepins, SBN 12338110

              PROPOSED ATTORNEY FOR DEBTOR

<u>Certificate of Service</u>

     I hereby certify that a true and correct copy of the foregoing Notice was sent to Westlake by and through their counsel of record, James Lieblier at JRLII@lgplaw.com on the 9th day of March 2023.

                    ____/s/ Eric Liepins_____
                    Eric A. Liepins