IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS,, LLC | § | Case no.23-40316-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON MOTION TO ASSUME EXECUTORY CONTRACT

CAME ON to be considered this day the Motion of DFW Boat Specialists, LLC Debtor pursuant to 11 U.S.C. § 365 to Assume Executory Contract ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly

ORDERED, ADJUDGED AND DECREED the Debtor is authorized to assume the Contract with Glenview Finance described in the Motion.