ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| DFW BOAT SPECIALISTS, LLC § | Case no.23-40316-11 | |
| § | | |
| § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |

WITNESS AND EXHIBIT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, DFW Boat Specialist, LLC, Debtor in the above styled and numbered cause, and files this its Witness and exhibit list for hearings on March 21, 2023, and in support thereof would respectfully show unto the Court as follows:

witnesses

Richard Gay

Andrew Kokla

Eric Liepins

Any witness designated by any other party

Exhibits

E-mail exchange between Debtor and Westlake date February 22, 2023 regarding banking information.

Budget for going forward operations

Bankruptcy Schedules

Any exhibit designated by any other party.

                                        Respectfully submitted,

                                        ERIC A. LIEPINS, P.C.
                                        12770 Coit Road, Suite 850
                                        Dallas, Texas  75251
                                        (972) 991-5591
                                        (972) 991-5788 - fax


                                        BY: /s/ Eric Liepins_____
                                             ERIC A. LIEPINS, SBN 12338110


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to Christopher Arisco via e-mail and James Liebler via e-mail and to all other creditors via us mail on this the 17th day of March 2023.

                                      __/s/ Eric Liepins_____
                                      Eric A. Liepins