IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-40316-11 |
| DFW BOAT SPECIALISTS, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**XL FUNDING, LLC D/B/A AXLE FUNDING F/K/A AUCTION CREDIT ENTERPRISES, LLC'S AMENDED WITNESS AND EXHIBIT LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

XL Funding, LLC d/b/a AXLE Funding f/k/a Auction Credit Enterprises, LLC ("XL Funding") files this its Amended Witness and Exhibit List for the final hearing on March 21, 2023 at 9:30 a.m., in connection with the Debtor's Emergency Motion for Authority to Use Cash Collateral [Doc. # 5], as follows:

## WITNESSES

XL Funding reserves the right to call the below referenced witnesses for testimony at the trial setting including the following:

**Christopher V. Arisco**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for XL Funding*

**Alan B. Padfield**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616

Fax: 817-338-1610

*Attorney for XL Funding*

**Edward Tremblay**
c/o Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Representative for XL Funding*

**Richard Scott Gay**
c/o Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788

*Representative for Debtor*

**Eric A. Liepins**
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788

*Attorney for Debtor*


Any persons identified by Debtor in the schedules, statements, or filings in the above-styled bankruptcy case.

XL Funding reserves the right to call any other witness designated or identified by any other party at the hearing.

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| XL-A | Affidavit of Edward Tremblay | | | | |
| XL-B | XL Funding's Demand Promissory Note and Security Agreement dated November 2, 2022 | | | | |
| XL-C | XL Funding's UCC-1 financing statement filed on February 25, 2022, file number 22-0009750631 | | | | |
| XL-D | XL Funding's Receivable Detail Report dated February 21, 2023 | | | | |

  XL Funding reserves the right to amend its Exhibit List and/or supplement the same. XL Funding further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

        **Respectfully submitted,**

        **PADFIELD & STOUT, LLP**
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        Phone: 817-338-1616
        Fax: 817-338-1610

        /s/ Christopher V. Arisco
        Alan B. Padfield
        State Bar I.D. # 00784712
        abp@padfieldstout.com
        Christopher V. Arisco
        State Bar I.D. #24064830
        carisco@padfieldstout.com

        *Attorneys for XL Funding*

## CERTIFICATE OF SERVICE

      The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, March 17, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **DFW Boat Specialists, LLC**<br>2401 Worthington Dr., Suite 106<br>Denton, Texas 76207<br><br>*Debtor* | **Eric A. Liepins**<br>Eric A. Liepins, P.C.<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br><br>*Attorney for Debtor* |
| **Mark A. Weisbart**<br>10501 N. Central Expy., Suite 106<br>Dallas, Texas 75231<br><br>*Subchapter V Trustee* | **United States Trustee**<br>110 N. College Avenue, Suite 300<br>Tyler, Texas 75702 |
| **All those receiving ECF notification in this case and on the attached list of the twenty largest unsecured creditors.** | |

                                              /s/ Christopher V. Arisco
                                              Christopher V. Arisco

| | | |
|---|---|---|
| AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265 | American Express Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | Axle Funding<br>14951 Dallas Pkwy. #200<br>Dallas, TX 75254 |
| CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607 | Green Note Capital<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223 | JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 |
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 | NextGear Capital Wholesale<br>11799 North College Avenue<br>Carmel, IN 46032 |
| WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD, SUITE 100<br>LOS ANGELES, CA 90010 | | |

**20 Largest Unsecured Creditors**