## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## (SHERMAN DIVISION)

In re:

DFW BOAT SPECIALISTS, LLC,

    Debtor.

_____/

Case No.: 23-40316-11

Chapter 11

## WITNESS AND EXHIBIT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, WESTLAKE FLOORING COMPANY, LLC and WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL'S, Creditor in the above styled and numbered cause, and files this its Witness and exhibit list for hearings on March 21, 2023, and in support thereof would respectfully show unto the Court as follows:

**Witnesses:**

John Schwartz via declaration

Richard Gay

Andrew Kokla

Any witness designated by any other party.

**Exhibits:**

Dealer Agreement

Certified Resolution of Limited Liability Company

Authorization for Automatic Clearing House (ACH Deposits) Dated February 18, 2022

February 22, 2023 Email and Authorization for Automatic Clearing House (ACH Deposits) Dated February 22, 2023

Call Log

Emails dated March 10, 2023 with Authorization for Automatic Clearing House (ACH Deposits) Dated March 10, 2023.

| | |
|---|---|
| Dated: March 20, 2023. | Respectfully submitted, |

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II
Florida Bar No. 115348
JRLII@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorney for Defendant Westlake*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II