# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (SHERMAN DIVISION)

In re:

DFW BOAT SPECIALISTS, LLC,

      Debtor.

_____/

Case No.: 23-40316-11

Chapter 11

## WESTLAKE'S NOTICE OF STRIKING DOCKET ENTRY NO. 45

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Creditor, Westlake, through its undersigned counsel, hereby requests that Docket Entry No. [45] be stricken from the docket.  Undersigned counsel filed a declaration with redactions to personal identifying information contained within the exhibits to the declaration but the filed version on CMECF does not contain the redactions.   Accordingly, undersigned counsel requests the Court to strike Docket Entry No. 45 and accept Docket Entry No. 47 which contains the redacted documents.

                       */s/ James R. Liebler, II*

                       JAMES R. LIEBLER, II
                       Florida Bar No. 115348
                       JRLII@lgplaw.com
                       **LIEBLER, GONZALEZ & PORTUONDO**
                       Courthouse Tower - 25th Floor
                       44 West Flagler Street
                       Miami, FL 33130
                       Tel: (305) 379-0400
                       Fax: (305) 379-9626
                       *Attorney for Defendant Westlake*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ James R. Liebler, II_
JAMES R. LIEBLER, II