Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.: 23−40316
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

DFW Boat Specialists LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, April 18, 2023*

at

*09:30 AM*

to consider and act upon document 37 − Motion to Assume Executory Contract or Lease Filed by DFW Boat Specialists LLC (Attachments: # 1 Exhibit conduct # 2 Proposed Order) (Liepins, Eric) filed as document number 37 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, April 6, 2023

                                                            Jason K. McDonald
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 23-40316-btr
DFW Boat Specialists LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 3
Date Rcvd: Apr 06, 2023 Form ID: 100v2 Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | Glenview Financial, 10130 Perimeter Pkwy., Ste. 110, Charlotte, NC 28216-0196 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | XL Funding, LLC d/b/a AXLE Funding, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| 8235067 | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| 8235068 | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| 8235069 | + | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| 8235070 | + | CarBucks, 417 Woods Lake Rd, Greenville, SC 29607-2777 |
| 8235071 | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| 8238710 | + | Westlake Flooring Company LLC, c/o James R. Liebler, II, Esq., Liebler Gonzalez & Portuondo, 44 West Flagler Street 25th Floor, Miami, FL 33130-1817 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | Apr 06 2023 23:19:00 | Denton County, c/o McCreary, Veseka, Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: jduty@nationalfunding.com | Apr 06 2023 23:19:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| 8247655 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2023 23:31:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8246335 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2023 23:19:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8235072 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 06 2023 23:20:24 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| 8246440 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 06 2023 23:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8235073 | | Email/Text: mspurrier@nationalfunding.com | Apr 06 2023 23:18:00 | National Funding, 9530 Towne Centere Dr., San Diego, CA 92121 |
| 8235074 | + | Email/Text: bankruptcy@discoverdsc.com | Apr 06 2023 23:18:00 | NextGear Capital, Wholesale 11799 North College Avenue, Carmel, IN 46032-5605 |
| 8237521 | | Email/Text: tleday@mvbalaw.com | Apr 06 2023 23:19:00 | The County of Denton, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 8235075 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Apr 06 2023 23:19:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA |

Case 23-40316   Doc 55   Filed 04/08/23   Entered 04/08/23 23:25:54   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0540-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: 100v2 | Total Noticed: 21 |

90010-3847

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | * | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | *+ | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | *+ | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| cr | *+ | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |
| cr | *+ | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |
| 8247656 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8246508 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | on behalf of Creditor XL Funding  LLC d/b/a AXLE Funding abp@livepad.com |
| Christopher V. Arisco | on behalf of Creditor XL Funding  LLC d/b/a AXLE Funding carisco@padfieldstout.com |
| Christopher V. Arisco | on behalf of Creditor NextGear Capital  Inc. carisco@padfieldstout.com |
| Eric A Liepins | on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com  martha@ealpc.com;r56883@notify.bestcase.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| James Randolph Liebler, II | on behalf of Creditor WESTLAKE SERVICE INC jrlii@lgplaw.com  mkv@lgplaw.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Julie Anne Parsons | on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com |

Mark A WEISBART (SBRA V)

| District/off: 0540-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: 100v2 | Total Noticed: 21 |

mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

TOTAL: 9