UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

In re:

DFW BOAT SPECIALISTS, LLC,

    Debtor.

_____/

Case No.: 23-40316-11
Chapter 11

ORDER ON NON-COMPLIANCE TO
ORDER ON MOTION TO COMPEL DELIVERY OF FUNDS

CAME ON to be considered this day on DFW Boat Specialists, LLC., Notice of Non-Compliance with the Court's Order to Compel Delivery of Funds ("Order"). The Court having set a hearing to determine whether any sanctions would be appropriate against Westlake Services ("Westlake") for failure to comply with Order. The parties have informed the Court they have reached an agreement, with neither party admitting fault, and the Court is of the opinion the following Order shall enter. It is accordingly,

ORDERED, ADJUDGED AND DECREED Westlake shall pay the Debtor at DFW Boat Specialist, LLC c/o Eric Liepins PC, 12770 Coit Road, Suite 850, Dallas, Texas 75251 to be received within fourteen calendar days of the entry of this Order and the receipt of a completed W9 form, the sum of $7,500 to resolve all matters in dispute between the parties in connection with the Order.

Signed on 04/17/2023

_____  SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

/s/ James R. Liebler, II
James LIEBLER,
Counsel for Westlake

_____
Eric Liepins, Counsel for Debtor