UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

In re:

DFW BOAT SPECIALISTS, LLC,

    Debtor.

Case No.: 23-40316-11
Chapter 11

_____/

ORDER ON NON-COMPLIANCE TO
ORDER ON MOTION TO COMPEL DELIVERY OF FUNDS

CAME ON to be considered this day on DFW Boat Specialists, LLC., Notice of Non-Compliance with the Court's Order to Compel Delivery of Funds ("Order"). The Court having set a hearing to determine whether any sanctions would be appropriate against Westlake Services ("Westlake") for failure to comply with Order. The parties have informed the Court they have reached an agreement, with neither party admitting fault, and the Court is of the opinion the following Order shall enter. It is accordingly,

ORDERED, ADJUDGED AND DECREED Westlake shall pay the Debtor at DFW Boat Specialist, LLC c/o Eric Liepins PC, 12770 Coit Road, Suite 850, Dallas, Texas 75251 to be received within fourteen calendar days of the entry of this Order and the receipt of a completed W9 form, the sum of $7,500 to resolve all matters in dispute between the parties in connection with the Order.

Signed on 04/17/2023

*Brenda T. Rhoades*     SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

/s/ *James R. Liebler, II*
James LIEBLER,
Counsel for Westlake

Eric Liepins, Counsel for Debtor

United States Bankruptcy Court

Eastern District of Texas

In re:  Case No. 23-40316-btr

DFW Boat Specialists LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 2

Date Rcvd: Apr 17, 2023      Form ID: pdf401      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | + | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | Glenview Financial, 10130 Perimeter Pkwy., Ste. 110, Charlotte, NC 28216-0196 |
| cr | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | + | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | XL Funding, LLC d/b/a AXLE Funding, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | Apr 17 2023 23:29:00 | Denton County, c/o McCreary, Veseka, Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2023 23:33:26 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| cr | + | Email/Text: jduty@nationalfunding.com | Apr 17 2023 23:29:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| cr | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Apr 17 2023 23:29:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0540-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 17, 2023 | Form ID: pdf401 | Total Noticed: 14

Date: Apr 19, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Alan Bartlett Padfield
on behalf of Creditor XL Funding LLC d/b/a AXLE Funding abp@livepad.com

Christopher V. Arisco
on behalf of Creditor XL Funding LLC d/b/a AXLE Funding carisco@padfieldstout.com

Christopher V. Arisco
on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com

Eric A Liepins
on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com martha@ealpc.com;r56883@notify.bestcase.com

James Randolph Liebler, II
on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler, II
on behalf of Creditor WESTLAKE SERVICE INC jrlii@lgplaw.com mkv@lgplaw.com

John M. Vardeman
on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov

Julie Anne Parsons
on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Mark A WEISBART (SBRA V)
mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

TOTAL: 9