| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DFW Boat Specialists LLC dba AR Motors TX** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 23-40316 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ **619,799.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................... $ **619,799.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **409,489.99**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **1,295,456.51**

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b    $ **1,704,946.50**

**Fill in this information to identify the case:**

Debtor name: **DFW Boat Specialists LLC dba AR Motors TX**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known): **23-40316**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$31,809.13** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1004** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$24,546.07** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Glenview Financial<br>10130 Perimeter Parkway<br>Suite 110<br>Charlotte, NC 28216<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$144,000.00** |

Debtor   **DFW Boat Specialists LLC dba AR Motors TX**   Case number (if known) **23-40316**
                    Name

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** <br> **JPMorgan Chase Bank** <br> **P.O. Box 659754** <br> **San Antonio, TX 78265** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **7936** | As of the petition filing date, the claim is: *Check all that apply.*  **$19,869.60** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes |
| **3.6** | **Nonpriority creditor's name and mailing address** <br> **JPMorgan Chase Bank** <br> **P.O. Box 659754** <br> **San Antonio, TX 78265** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **6832** | As of the petition filing date, the claim is: *Check all that apply.*  **$12,699.71** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes |
| **3.7** | **Nonpriority creditor's name and mailing address** <br> **National Funding** <br> **9530 Towne Centere Dr.** <br> **San Diego, CA 92121** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$140,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes |
| **3.8** | **Nonpriority creditor's name and mailing address** <br> **Richard Gay** <br> **205 Stallion Lane** <br> **Lake Dallas, TX 75065** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$922,532.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,295,456.51 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,295,456.51 |