Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS, LLC | § | |
| | § | Case no.23-40316 -11 |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Order Setting Plan Related Deadlines and Hearing on Confirmation (Small Business Debtor - Subchapter V) along with an Official Ballot was sent to all creditors on the attached matrix on this the 5th day of May 2023.

     Respectfully submitted,

     Eric A. Liepins
     Eric A. Liepins, P.C.
     12770 Coit Road
     Suite 850
     Dallas, Texas 75251
     (972) 991-5591
     (972) 991-5788 - telecopier

     By:_/s/ Eric Liepins_____
         Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR