| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40316<br>Eastern District of Texas<br>Sherman<br>Fri May  5 13:40:00 CDT 2023 | AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Axle Funding<br>14951 Dallas Pkwy #200<br>Dallas, TX 75254-6883 |
| Axle Funding<br>Christopher V. Arisco c/o Padfield & Sto<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607-2777 | CarBucks Floor Plan<br>417 Woods Lake Rd.<br>Greenville, SC 29607-2777 |
| DFW Boat Specialists LLC<br>2401 Worthington Dr. Suite 106<br>Denton, TX 76207-3451 | Denton County<br>c/o McCreary, Veseka , Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | First Bank DBA CarBucks Floor Plan<br>417 Woods Lake Road<br>Greenville, SC 29607-2777 |
| Glenview Financial<br>10130 Perimeter Pkwy., Ste. 110<br>Charlotte, NC 28216-0196 | Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Randolph Liebler II<br>Liebler, Gonzalez & Portuondo<br>2500 Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| Eric A Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | National Funding, Inc.<br>9820 Town Centre Drive<br>San Diego, CA 92121-1912 |
| NextGear Capital<br>Wholesale 11799 North College Avenue<br>Carmel, IN 46032-5605 | NextGear Capital, Inc.<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| Alan Bartlett Padfield<br>Padfield & Stout, L.L.P.<br>420 Throckmorton Street, Suite 1210<br>Ft. Worth, TX 76102-3792 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | The County of Denton, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |

| | | |
|---|---|---|
| Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD SUITE 100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |
| XL Funding, LLC d/b/a AXLE Funding<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | (d)JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 |
| (d)National Funding, Inc.<br>9530 Towne Centre Dr., Suite 120<br>San Diego, CA 92121 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | (d)American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | (d)Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 |
| (d)NextGear Capital Wholesale<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | (d)WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD SUITE 100<br>LOS ANGELES, CA 90010-3847 | (u)Westlake Flooring Company, LLC |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39