ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| DFW BOAT SPECIALISTS, LLC § | Case no.23-40316-11 | |
| § | | |
| § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |

NOTICE OF WITHDRAWAL OF MOTION TO ASSUME EXECUTORY CONTRACT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, DFW Boat Specialist, LLC, Debtor in the above styled and numbered cause, and files this its Notice of Withdrawal of Motion to Assume Executory Contract, and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed its Motion to Assume on March 10, 2023.

2. Debtor withdraws the Motion to Assume.

Respectfully submitted,

ERIC A. LIEPINS, P.C.

12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins_____
        ERIC A. LIEPINS, SBN 12338110


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee, 110 College, Suite 300, Tyler, Texas 75702 United States mail on this the 26th day of May 2023.

__/s/ Eric Liepins_____
Eric A. Liepins