AMERICAN EXPRESS CLASSIC GOLD CARD
PO BOX 650448
Dallas, TX 75265

American Exprex Blue Business Plus
PO Box 981535
El Paso, TX 79998-1535

Andrew Kokla

AutoMoco

Axle Funding
14951 Dallas Pkwy #200
Dallas, TX 75254

CarBucks
417 Woods Lake Rd
Greenville, SC 29607

Glenview Financial
10130 Perimeter Parkway
Suite 110
Charlotte, NC 28216

Green Note Capital
1019 Avenue P Suite 401
Brooklyn, NY 11223

JPMorgan Chase Bank
P.O. Box 659754
San Antonio, TX 78265

National Funding
9530 Towne Centere Dr.
San Diego, CA 92121

NextGear Capital
Wholesale 11799 North College Avenue
Carmel, IN 46032

Nikol Kokla

Richard Gay
205 Stallion Lane
Lake Dallas, TX 75065

Richard Gay

Tiffney Harertling

WESTLAKE SERVICE INC  
4751 WILSHIRE BLVD SUITE 100  
LOS ANGELES, CA 90010