**Receivables Detail Summary**

EXHIBIT C

**NEXTGEAR CAPITAL**

**Requested by :** MAN\SUSAN.SMITH  **Requested on :** 2023-02-24 08:52:41 AM

**Regions** : None Selected  **Markets** : None Selected
**Delinquency Flag :** All  **Dealer Type :** None Selected
**Business :** 144034  **Dealer Finance Program :** None Selected
**Exclude Default Dealers :** No  **Exclude Account Level Charges:** No
**Include Comments :** No  **Summary Type :** None

**Data Classification:** **Confidential**
For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

|  | **Customer Profile** |  | **Market Info & Account Profile** |
|---|---|---|---|
| **Name:** | AR Motors TX | **Market:** | Dallas North West |
| **Dealer #:** | 144034 | **Market Phone:** | (817) 983-6739 |
| **Address Line 1:** | 2401 Worthington Dr Ste 106 | **Finance Program:** | Core |
| **Address Line 2:** |  | **Dealer Status:** | DL |
| **City, State, ZIP:** | Denton, TX 76207 | **Lot Audit:** | Complete |
| **Phone:** | (855) 757-5858 | **Unapplied Funds:** | $.00 |
| **Fax:** | (n/a) - | **Reserve Funds Balance:** | $.00 |

**No Account Charges!**

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding Principal | Pending | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|---|
| Retail | $275,000.00 | $.00 |  | $275,000.00 | $197,109.49 | $0.00 | $.00 | D60/30/30 -- F85/50/50 -- R1.5 -- C%10/15 |
| **Total Lines of Credit for AR Motors TX (144034)** | | | | | | | | |
|  | **$275,000.00** | **$.00** |  | **$275,000.00** | **$197,109.49** | **$.00** | **$.00** | |

**Retail Inventory for AR Motors TX (144034)**

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/22 | 98 | 02/16/23 | STK | 2013 NISS ROGU | Gra | JN8AS5MV6DW616729 | 25 | FR | 03/20/23 | S | Metro Auto Auction Dallas | $5,005.00 | $3,828.83 | $.00 | $50.00 | $10.56 | $.00 | $.00 | $3,889.39 |

# Receivables Detail Summary

**Requested by :** MAN\SUSAN.SMITH **Requested on :** 2023-02-24 08:52:41 AM

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Retail Inventory for AR Motors TX (144034)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Col or | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/22 | 98 | 02/16/23 | STK | 2015 DODG DART | Gra | 1C3CDFBB2FD421663 | 26 | FR | 03/20/23 | S | Metro Auto Auction Dallas | $6,675.00 | $5,106.38 | $.00 | $50.00 | $14.03 | $.00 | $.00 | $5,170.41 |
| 11/18/22 | 98 | 02/16/23 | STK | 2015 NISS ALTI | Gra | 1N4AL3AP9FC197787 | 28 | FR | 03/20/23 | S | Metro Auto Auction Dallas | $6,115.00 | $4,677.98 | $.00 | $50.00 | $12.87 | $.00 | $.00 | $4,740.85 |
| 11/18/22 | 98 | 02/16/23 | STK | 2015 CHEV CRUZ | Unk | 1G1PC5SB9F7200322 | 27 | FR | 03/20/23 | S | Metro Auto Auction Dallas | $4,905.00 | $3,752.33 | $.00 | $50.00 | $10.35 | $.00 | $.00 | $3,812.68 |
| 12/06/22 | 80 | 02/06/23 | STK | 2013 NISS PATH | Gra | 5N1AR2MN0DC629169 | 32 | FR | 03/08/23 | S | Metro Auto Auction Dallas | $5,155.00 | $4,639.50 | $.00 | $50.00 | $28.79 | $.00 | $.00 | $4,718.29 |
| 12/29/22 | 56 | | STK | 2015 Niss Mura | Bla | 5N1AZ2MG1FN226021 | 36 | FR | 02/27/23 | B | Trade-In | $7,885.00 | $7,885.00 | $.00 | $160.00 | $155.55 | $.00 | $18.00 | $8,218.55 |
| 12/29/22 | 56 | | STK | 2016 Cadi CTS | Sil | 1G6AS5SX7G0103225 | 37 | FR | 02/27/23 | B | America's Auto Auction Dallas, Inc. | $8,650.00 | $8,650.00 | $.00 | $160.00 | $170.31 | $.00 | $18.00 | $8,998.31 |
| 12/29/22 | 56 | | STK | 2016 Chev Cruz | Red | 1G1PE5SB9G7184716 | 38 | FR | 02/27/23 | B | Manheim Houston (BIGH) | $5,250.00 | $5,250.00 | $.00 | $160.00 | $104.71 | $.00 | $18.00 | $5,532.71 |
| 12/31/22 | 54 | | STK | 2015 Kia Sedo | Bla | KNDME5C11F6051615 | 39 | FR | 03/01/23 | B | America's Auto Auction Dallas, Inc. | $5,400.00 | $5,400.00 | $.00 | $160.00 | $103.90 | $.00 | $18.00 | $5,681.90 |
| 12/31/22 | 54 | | CV | 2016 Ford Focu | Whi | 1FADP3N26GL244887 | 40 | FR | 03/01/23 | B | America's Auto Auction Dallas, Inc. | $6,415.00 | $6,415.00 | $.00 | $160.00 | $122.82 | $.00 | $18.00 | $6,715.82 |
| 01/04/23 | 50 | | STK | 2012 Ford Fies | Red | 3FADP4EJ4CM121174 | 42 | FR | 03/06/23 | B | America's Auto Auction, Inc. (North Houston) | $1,100.00 | $1,100.00 | $.00 | $160.00 | $22.11 | $.00 | $18.00 | $1,300.11 |
| 01/04/23 | 50 | | STK | 2016 Kia Sore | Sil | 5XYPG4A36GG041599 | 43 | FR | 03/06/23 | B | Trade-In | $2,000.00 | $2,000.00 | $.00 | $160.00 | $37.67 | $.00 | $18.00 | $2,215.67 |
| 01/04/23 | 50 | | STK | 2017 Mits Mira | Blu | ML32F3FJ2HHF17411 | 44 | FR | 03/06/23 | B | Manheim Houston (BIGH) | $4,750.00 | $4,750.00 | $.00 | $160.00 | $85.24 | $.00 | $18.00 | $5,013.24 |
| 01/04/23 | 50 | | STK | 2013 Ford Focu | Whi | 1FADP3F26DL369818 | 45 | FR | 03/06/23 | B | Dixie Auto Auction (Grenada, MS) | $1,663.88 | $1,663.88 | $.00 | $160.00 | $31.86 | $.00 | $18.00 | $1,873.74 |
| 01/18/23 | 36 | | STK | 2020 Chev Mali | Sil | 1G1ZD5STXLF009914 | 49 | FR | 03/20/23 | B | Manheim Dallas-Fort Worth (DFWA) | $16,550.00 | $16,550.00 | $.00 | $160.00 | $210.14 | $.00 | $18.00 | $16,938.14 |

Report ID: OP061

# Receivables Detail Summary

**Requested by :** MAN\SUSAN.SMITH **Requested on :** 2023-02-24 08:52:41 AM

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Retail Inventory for AR Motors TX (144034)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/23 | 36 | | STK | 2014 Ford F150 | Sil | 1FTFX1CT5EKE98046 | 50 | FR | 03/20/23 | B | Trade-In | $9,050.00 | $9,050.00 | $.00 | $160.00 | $115.92 | $.00 | $18.00 | $9,343.92 |
| 01/18/23 | 36 | | STK | 2016 Mazd CX-5 | Bla | JM3KE2CY2G0629011 | 51 | FR | 03/20/23 | B | Trade-In | $7,735.00 | $7,735.00 | $.00 | $160.00 | $99.41 | $.00 | $18.00 | $8,012.41 |
| 02/01/23 | 22 | | STK | 2018 KIA STIN | Unk | KNAE45LC0J6010424 | 53 | FR | 04/03/23 | S | Insurance Auto Auction (Houston South #414) | $14,258.59 | $14,258.59 | $.00 | $85.00 | $112.72 | $.00 | $18.00 | $14,474.31 |
| 02/01/23 | 22 | | STK | 2014 Suba Xv c | Whi | JF2GPAVC9E8332404 | 55 | FR | 04/03/23 | S | Backlot Cars | $9,865.00 | $9,865.00 | $.00 | $85.00 | $74.92 | $.00 | $18.00 | $10,042.92 |
| 02/02/23 | 22 | | STK | 2007 Ford Expe | Whi | 1FMFU17577LA12124 | 56 | FR | 04/03/23 | S | Backlot Cars | $2,375.00 | $2,375.00 | $.00 | $85.00 | $18.24 | $.00 | $18.00 | $2,496.24 |
| 02/02/23 | 21 | | STK | 2014 Ford Focu | Sil | 1FADP3F22EL378548 | 54 | TA | 04/03/23 | S | ACV Auctions, Inc | $850.00 | $850.00 | $.00 | $85.00 | $7.01 | $.00 | $18.00 | $960.01 |
| 02/06/23 | 17 | | STK | 2016 Niss Alti | Sil | 1N4AL3APXGC282459 | 58 | FR | 04/07/23 | B | Metro Auto Auction Dallas | $6,425.00 | $6,425.00 | $.00 | $160.00 | $40.71 | $.00 | $43.00 | $6,668.71 |
| 02/08/23 | 15 | | STK | 2013 Hyun Velo | Bla | KMHTC6AD7DU142820 | 59 | FR | 04/10/23 | B | Metro Auto Auction Dallas | $4,200.00 | $4,200.00 | $.00 | $160.00 | $23.90 | $.00 | $18.00 | $4,401.90 |
| 02/08/23 | 15 | | STK | 2015 Chev Cruz | Gra | 1G1PD5SB1F7294337 | 60 | FR | 04/10/23 | B | Manheim Dallas (DALA) | $5,524.00 | $5,524.00 | $.00 | $160.00 | $31.12 | $.00 | $18.00 | $5,733.12 |
| 02/08/23 | 15 | | STK | 2013 Merc C Cl | Gra | WDDGF4HB9DR276033 | 61 | FR | 04/10/23 | B | MAFS Metro Dallas | $4,155.00 | $4,155.00 | $.00 | $160.00 | $23.65 | $.00 | $18.00 | $4,356.65 |
| 02/08/23 | 15 | | STK | 2013 Dodg Jour | Bla | 3C4PDCAB8DT695373 | 62 | FR | 04/10/23 | B | Metro Auto Auction Dallas | $2,880.00 | $2,880.00 | $.00 | $160.00 | $16.69 | $.00 | $18.00 | $3,074.69 |
| 02/08/23 | 15 | | STK | 2013 Niss Sent | Gra | 3N1AB7AP1DL787412 | 63 | FR | 04/10/23 | B | Metro Auto Auction Dallas | $3,775.00 | $3,775.00 | $.00 | $160.00 | $21.58 | $.00 | $18.00 | $3,974.58 |
| 02/08/23 | 15 | | STK | 2012 Dodg Gran | Sil | 2C4RDGBG7CR330193 | 64 | FR | 04/10/23 | B | Metro Auto Auction Dallas | $2,980.00 | $2,980.00 | $.00 | $160.00 | $17.24 | $.00 | $18.00 | $3,175.24 |
| 02/10/23 | 13 | | STK | 2014 Chev Mali | Whi | 1G11H5SL2EF285153 | 65 | FR | 04/11/23 | B | Trade-In | $5,000.00 | $5,000.00 | $.00 | $160.00 | $24.72 | $.00 | $18.00 | $5,202.72 |

Report ID: OP061

# Receivables Detail Summary

**Requested by :** MAN\SUSAN.SMITH **Requested on :** 2023-02-24 08:52:41 AM

**Data Classification:** **Confidential**

For more information, click on or copy and paste this link https://coxautoinc.sharepoint.com/sites/service-enterprise-risk-security/SitePages/Cox-Automotive-Security-Policies.aspx and review Information Security Policy and Standards PDF file.

## Retail Inventory for AR Motors TX (144034)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/23 | 13 | | STK | 2012 Niss Mura | Sil | JN8AZ1MU0CW117516 | 66 | FR | 04/11/23 | B | Trade-In | $4,925.00 | $4,925.00 | $.00 | $160.00 | $24.36 | $.00 | $18.00 | $5,127.36 |
| 02/13/23 | 10 | | STK | 2012 Niss 370Z | Sil | JN1AZ4FH0CM370833 | 67 | FR | 04/14/23 | B | Dealers Auto Auction of Memphis | $12,650.00 | $12,650.00 | $.00 | $160.00 | $43.75 | $.00 | $18.00 | $12,871.75 |
| 02/17/23 | 6 | | STK | 2012 Buic Vera | Whi | 1G4PR5SK5C4145480 | 68 | FR | 04/18/23 | B | Metro Auto Auction Dallas | $3,130.00 | $3,130.00 | $.00 | $160.00 | $7.89 | $.00 | $18.00 | $3,315.89 |
| 02/17/23 | 6 | | STK | 2007 Chev Subu | Gol | 1GNFK16357J153836 | 69 | FR | 04/18/23 | B | Metro Auto Auction Dallas | $3,645.00 | $3,645.00 | $.00 | $160.00 | $9.12 | $.00 | $18.00 | $3,832.12 |
| 02/17/23 | 6 | | STK | 2014 Dodg Gran | Bla | 2C4RDGBG4ER361937 | 70 | FR | 04/18/23 | B | Metro Auto Auction Dallas | $3,063.00 | $3,063.00 | $.00 | $160.00 | $7.73 | $.00 | $18.00 | $3,248.73 |
| 02/20/23 | 3 | | STK | 2014 Dodg Gran | Whi | 2C4RDGBG4ER361940 | 71 | FR | 04/21/23 | B | Manheim Dallas-Fort Worth (DFWA) | $4,300.00 | $4,300.00 | $.00 | $160.00 | $6.10 | $.00 | $18.00 | $4,484.10 |
| 02/20/23 | 3 | | STK | 2012 Chev Equi | Gra | 2GNALDEK6C6291751 | 72 | FR | 04/21/23 | B | Metro Auto Auction Dallas | $4,655.00 | $4,655.00 | $.00 | $160.00 | $6.58 | $.00 | $18.00 | $4,839.58 |
| **Total Retail** | | | | | | | | | | | | **$202,959.47** | **$197,109.49** | **$.00** | **$4,910.00** | **$1,854.27** | **$.00** | **$583.00** | **$204,456.76** |

**Unit Count: 36**