**EXHIBIT C**

**AXLE Funding**

Friday, February 24, 2023
2:10:43 PM

**Receivable Detail Report**

Dealer Name: AR Motors TX / 001-22-01-039 / Dallas      **TEMPORARY HOLD - OTHER**    T1: (855) 575-5858   Attn: Richard Gay / Andrew Kolka  /  828 E McKinney St, Denton, TX - 76209

Last Lot Audit Date: 02/21/2023

| Auction Prefix | Deal Nbr | Vehicle 6 VIN | Year - Make - Model - Color | Orig Pri Amount | Curtail /Extns Used | Curtail Amount | Sale Date | Due Date | PTP / CWOT / Sold | o/s from Sale Date | Principal | Reserve | Admin Fee | Interest | NSF Check | Dealer Charges | Total | TTP | TTC | TTR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Title Shipment | - - - | | | | 02/22/2023 | 02/22/2023 | | 2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | | | |
| DC - Tracking # 394943607022 | | | | | | | | | | | | | | | | | | | | |
| METAA | 14905.31 | 622240 | 2012 - Nissan - Armada - WHITE | $5,480.00 | | $1,095.00 | 12/30/2022 | 02/28/2023 | | 56 | $5,480.00 | $75.00 | $90.00 | $108.00 | | | $5,753.00 | Y | Y | N |
| METAA | 14905.34 | 232850 | 2014 - Chevrolet - Cruze - GOLD | $2,185.00 | | $537.00 | 12/30/2022 | 02/28/2023 | | 56 | $2,185.00 | $75.00 | $90.00 | $44.00 | | | $2,394.00 | Y | Y | N |
| METAA | 14905.35 | 337470 | 2013 - Chevrolet - Silverado 1500 - BLUE | $7,500.00 | | $1,438.00 | 12/30/2022 | 02/28/2023 | | 56 | $7,500.00 | $75.00 | $90.00 | $148.00 | | | $7,813.00 | Y | Y | N |
| METAA | 14905.32 | A57563 | 2012 - Ford - Edge - BURGUNDY | $5,580.00 | | $1,112.00 | 12/30/2022 | 02/28/2023 | | 56 | $5,580.00 | $75.00 | $90.00 | $110.00 | | | $5,855.00 | Y | Y | N |
| METAA | 14905.33 | 209271 | 2015 - Jeep - Patriot - BLACK | $4,460.00 | | $947.00 | 12/30/2022 | 02/28/2023 | T: 02/28/2023 | 56 | $4,460.00 | $75.00 | $115.00 | $88.00 | | | $4,738.00 | Y | Y | Y |
| METAA | 14905.24 | 177252 | 2011 - Chevrolet - Cruze - GRAY | $2,920.00 | C: 1 | $448.00 | 12/09/2022 | 03/09/2023 | | 77 | $2,482.00 | $0.00 | $60.00 | $15.00 | | | $2,557.00 | Y | Y | N |
| METAA | 14905.25 | 232465 | 2009 - Chevrolet - Avalanche - BLUE | $5,680.00 | C: 1 | $838.00 | 12/09/2022 | 03/09/2023 | T: 02/28/2023 | 77 | $4,828.00 | $0.00 | $85.00 | $28.00 | | | $4,941.00 | Y | Y | Y |
| METAA | 14905.26 | A73544 | 2011 - Ford - Explorer - WHITE | $6,890.00 | C: 1 | $973.00 | 12/09/2022 | 03/09/2023 | | 77 | $5,856.00 | $0.00 | $60.00 | $34.00 | | | $5,950.00 | Y | Y | N |
| MHDFW | 14905.23 | 305185 | 2010 - Chevrolet - Equinox - Black | $4,795.00 | C: 2 | $0.00 | 11/19/2022 | 03/19/2023 | | 97 | $3,463.00 | $0.00 | $60.00 | $4.00 | | | $3,527.00 | Y | Y | N |
| | | **Total of 9 Vehicles NOT Paid By Dealer** | | **$45,490.00** | | **$7,388.00** | | | | | **$41,834.00** | **$375.00** | **$740.00** | **$579.00** | **$0.00** | **$10.00** | **$43,538.00** | | | |

**CREDIT LIMIT: $150,000**          **RECEIVABLE BALANCE: $43,538.00**
**PAYMENTS IN PROCESS: $819.00**    **PENDING DEALS BALANCE: $0.00**
**AVERAGE DAYS OS: 67**             **AVAILABLE LIMIT: $0.00**