Sidney H. Scheinberg
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Godwin Bowman PC
500 N. Akard, Suite 1100
Dallas, TX 75201
Telephone: (214) 939-4501
Fax: (214) 527-3116
**ATTORNEYS FOR GLENVIEW**
**AUTO LOAN FUND, LLC**
**DBA GLENVIEW FINANCE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO. 23-40316-11** |
| DFW BOAT SPECIALISTS, LLC, | § § § | |
| DEBTOR. | § § | **CHAPTER 11** |

## LIMITED OBJECTION TO CONFIRMATION OF PLAN REORGANIZATION OF DFW BOAT SPECIALISTS, LLC

**TO THE HONORABLE JUDGE OF SAID BANKRUPCTY COURT:**

  **COMES NOW** Glenview Auto Loan Fund, LLC dba Glenview Finance, secured creditor, and makes this, its Limited Objection to Confirmation of Plan Reorganization of DFW Boat Specialists, LLC, and as grounds in support thereof respectfully shows the Court the following:

  1. DFW Boast Specialists, LLC ("Debtor") is a Texas limited liability company doing business in Texas as an automobile seller dealing new and used motor vehicles to customers.

  2. Glenview Finance is the business of purchasing Contracts made to purchase automobiles. On or about September 23, 2022, Debtor and Glenview Finance entered into a Purchase and Performance Agreement, hereinafter referred to as the "Agreement". A true and correct copy of said Agreement is attached hereto, marked **Exhibit A**.

3. Debtor has rejected the above-referenced Agreement with Glenview Finance.

4. Glenview Finance filed a proof of claim on June 7, 2023, in the amount of $9,101.47.

5. The Agreement between is arranged in such a manner that third parties are both parties and guarantors to the Agreement. Therefore, Glenview Finance objects to the language found in Article XIII of the proposed Plan as it concerns discharge. Specifically, it is unclear whether a discharge of a "claim" or a "debt" applies only to the Debtor, or whether it is also applicable to third party guarantors who might be also liable on the same "claim" or "debt".

**WHEREFORE, PREMISES CONSIDERED,** Glenview Auto Loan Fund, LLC dba Glenview Finance respectfully requests that the Court deny confirmation of the Plan until such time Debtor amends the Plan's provisions to clarify that liability of any third-party guarantor will be not be affected by Article XIII concerning discharge.

Respectfully submitted,

*/s/ Sidney H. Scheonberg*
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Godwin Bowman PC
500 N. Akard, Suite 1100
Dallas, TX 75201
Telephone: (214) 939-4501
Fax: (214) 527-3116
**ATTORNEYS FOR GLENVIEW AUTO LOAN FUND, LLC DBA GLENVIEW FINANCE**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above and foregoing Limited Objection to Confirmation of Plan of Reorganization for DFW Boat Specialists, LLC has been served on each of the following parties of interest on June 7, 2023, as shown either by first class postage or notified electronically:

*Debtor's Attorney*
Eric E. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251

*Debtor*
DFW Boat Specialists, LLC
2401 Worthington Drive, Suite 106
Denton, Texas 76207

*Subchapter V Trustee*
10501 N. Central Expy., Suite 106
Dallas, Texas 75231

United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75702

                                                        */s/ Sidney Scheinberg*
                                                      **SIDNEY H. SCHEINBERG**