ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DFW BOAT SPECIALISTS, LLC | § | Case no.23-40316-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

WITNESS AND EXHIBIT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, DFW Boat Specialist, LLC, Debtor in the above styled and numbered cause, and files this its Witness and exhibit list for hearings on June 13, 2023, and in support thereof would respectfully show unto the Court as follows:

witnesses

Richard Gay

Andrew Kokla

Nikol Kokla

Any witness designated by any other party

Exhibits

Plan

Projections

Vehicle listing for Westlake

Vehicle listing for Next Gear

Vehicle listings for XL Funding

Ballots

Proof of Service

Any exhibit designated by any other party.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
    ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors via us mail on this the 8th day of June 2023.

  /s/ Eric Liepins
Eric A. Liepins