IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 23-40316-11 |
| DFW BOAT SPECIALISTS, LLC, | § § | |
| DEBTOR. | § § | CHAPTER 11 |

### NEXTGEAR CAPITAL, INC.'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NextGear Capital, Inc. ("NextGear") files this its Witness and Exhibit List for the confirmation hearing on the Plan of Reorganization of DFW Boat Specialist, LLC Pursuant to Section 1190 of the Bankruptcy Code Dated May 3, 2023 [Doc. 60] set for June 13, 2023 at 9:30 a.m., as follows:

#### WITNESSES

NextGear reserves the right to call the below referenced witnesses for testimony at the trial setting including the following:

**Christopher V. Arisco**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for NextGear*

**Alan B. Padfield**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for NextGear*

**John Wick**
c/o Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Representative for NextGear*

**Richard Scott Gay**
c/o Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788

*Representative for Debtor*

**Eric A. Liepins**
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788

*Attorney for Debtor*

Any persons identified by Debtor in the schedules, statements, or filings in the above-styled bankruptcy case.

NextGear reserves the right to call any other witness designated or identified by any other party at the hearing.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| NG-A | Affidavit of John Wick | | | | |
| NG-B | NextGear Demand Promissory Note and Loan Security Agreement dated June 6, 2022 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NG-C | NextGear's UCC-1 financing statement filed on February 24, 2022, file number 22-0009213251 | | | | | |
| NG-D | NextGear's Receivable Detail Summary dated February 24, 2023 | | | | | |
| NG-E | Plan of Reorganization of DFW Boat Specialist, LLC Pursuant to Section 1190 of the Bankruptcy Code Dated May 3, 2023 [Doc. 60] | | | | | |

    NextGear reserves the right to amend its Exhibit List and/or supplement the same. NextGear further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

                                       **Respectfully submitted,**

                                       **PADFIELD & STOUT, LLP**
                                     420 Throckmorton Street, Suite 1210
                                     Fort Worth, Texas 76102
                                     Phone: 817-338-1616
                                     Fax: 817-338-1610

                                     <u>/s/ Christopher V. Arisco</u>
                                     Alan B. Padfield
                                     State Bar I.D. # 00784712
                                     abp@padfieldstout.com
                                     Christopher V. Arisco
                                     State Bar I.D. #24064830
                                     carisco@padfieldstout.com

                                     *Attorneys for NextGear*

# CERTIFICATE OF SERVICE

      The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Thursday, June 8, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **DFW Boat Specialists, LLC**<br>2401 Worthington Dr., Suite 106<br>Denton, Texas 76207<br><br>*Debtor* | **Eric A. Liepins**<br>Eric A. Liepins, P.C.<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br><br>*Attorney for Debtor* |
| **Mark A. Weisbart**<br>10501 N. Central Expy., Suite 106<br>Dallas, Texas 75231<br><br>*Subchapter V Trustee* | **United States Trustee**<br>110 N. College Avenue, Suite 300<br>Tyler, Texas 75702 |
| **All those receiving ECF notification in this case and on the attached list of the twenty largest unsecured creditors.** | |

                                                           /s/ Christopher V. Arisco
                                                           Christopher V. Arisco

| | | |
|---|---|---|
| AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265 | American Express Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | Axle Funding<br>14951 Dallas Pkwy. #200<br>Dallas, TX 75254 |
| CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607 | Green Note Capital<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223 | JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 |
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 | NextGear Capital Wholesale<br>11799 North College Avenue<br>Carmel, IN 46032 |
| WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD, SUITE 100<br>LOS ANGELES, CA 90010 | | |

**20 Largest Unsecured Creditors**