**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(SHERMAN DIVISION)**

In re:

DFW BOAT SPECIALISTS, LLC,

Case No.: 23-40316-11
Chapter 11

      Debtor.

_____/

## WITNESS AND EXHIBIT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, WESTLAKE FLOORING COMPANY, LLC and WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL'S, Creditor in the above styled and numbered cause, and files this its Witness and exhibit list for hearings on June 13, 2023, and in support thereof would respectfully show unto the Court as follows:

**Witnesses:**

James R. Liebler, Esq.
Liebler, Gonzalez & Portuondo
2500 Courthouse Tower
44 West Flagler Street
Miami FL 33130

*Attorney for Westlake Flooring*

Richard Scott Gay
c/o Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788.

*Representative for Debtor*

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road, Suite 850

Dallas, Texas 75251
Telephone: 972-991-5591
Facsimile: 972-991-5788

*Attorney for Debtor*

**Exhibits:**

1.  WL-1 Manheim Market Report Screenshot for 2017 Dodge Journey; Vehicle Identification Number: 3C4PDCBG2HT509357

2.  WL-2 Manheim Market Report Screenshot for 2017 Jaguar XE AWD; Vehicle Identification Number: SAJAK4BNXHA971853

3.  WL-3 Manheim Market Report Screenshot for 2014 Dodge Grand Caravan; Vehicle Identification Number: 2C4RDGBG9ER302561

4.  WL 4 Manheim Market Report Screenshot for 2013 Buick Encore Premium; Vehicle Identification Number: KL4CJDSBXDB211548

5.  WL 5 Manheim Market Report Screenshot for 2014 Dodge Ram; Vehicle Identification Number: 1500 SLT1C6RR7LG4ES421625

6.  WL 6 – Westlake and DFW Loan and Security Agreement

7.  WL 7 – Westlake UCC1 Financing Statement

8.  Plan of Reorganization

Dated: June 9, 2023.                                      Respectfully submitted,

                                                          */s/ James R. Liebler, II*
                                                          JAMES R. LIEBLER, II
                                                          Florida Bar No. 115348
                                                          JRLII@lgplaw.com
                                                          **LIEBLER, GONZALEZ & PORTUONDO**
                                                          Courthouse Tower - 25th Floor
                                                          44 West Flagler Street
                                                          Miami, FL 33130
                                                          Tel: (305) 379-0400
                                                          Fax: (305) 379-9626
                                                          *Attorney for Defendant Westlake*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **9th** day of June, 2023, I electronically caused the

foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the

foregoing document is being served this day on all counsel of record in the manner specified via

transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II
