**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>DFW BOAT SPECIALIST, LLC<br><br>Debtor | Case No. 23-40316<br>Chapter 11 |

**TRUSTEE'S COMMENT TO DEBTOR'S**
**PLAN OF REORGANIZATION**

COMES NOW Mark A. Weisbart, Subchapter V Trustee ("Trustee"), and files this his Comment to Debtor's Plan of Reorganization and, in support hereof, would show the Court as follows:

### I. BACKGROUND OF THE CASE

1. Debtor owns and operates a boat and auto repair business and an auto sales business. Debtor's financial difficulties resulted from financial issues with its floor planners.

### II. SUMMARY OF PLAN

2. Debtor's Plan provides for continued operations of Debtor's repair business and termination of its auto sales business. Debtor proposes to return its remaining unsold vehicles to respective finance companies at specified values in satisfaction of their secured claims. The finance companies have objected to the Plan since the proposed valuations are not specified in the Plan. Trustee agrees that the finance companies should be given notice of and adequate time to evaluate the proposed evaluations.

3. Unsecured Creditors receive their pro rata share from a creditors pool funded by the Debtor at the rate of $1500 per month for 36 months. The source of funding will be Debtor's operations.

### III. TRUSTEE'S COMMENT

4. Trustee's Comment addresses three (3) confirmation requirements: Feasibility, Good Faith and the Best Interest of Creditors Test.

5. <u>Feasibility</u>. Trustee has not conducted an independent evaluation of the feasibility of the Plan. Trustee has no reason to doubt that the Plan projections are feasible.

6. <u>Good Faith</u>. Trustee believes the Plan is filed in good faith. Several objections to confirmation have been filed questioning the extent of the discharge under the Plan. At confirmation Debtor should clarify that the discharge does not extend beyond the Debtor.

7. <u>Best Interest of Creditors Test</u>. The Plan is silent as to litigation claims. To the extent such claims exist the liquidation analysis fails to account for such claims and possible avoidance actions.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 12th day of June 2023.

/s/ Mark A. Weisbart
Mark A. Weisbart

```
Label Matrix for local noticing        AMERICAN EXPRESS CLASSIC GOLD CARD      American Exprex Blue Business Plus
0540-4                                  PO BOX 650448                           PO Box 981535
Case 23-40316                           Dallas, TX 75265-0448                   El Paso, TX 79998-1535
Eastern District of Texas
Sherman
Mon Jun 12 15:09:48 CDT 2023

Axle Funding                            CarBucks Floor Plan                     DFW Boat Specialists LLC
14951 Dallas Pkwy #200                  417 Woods Lake Rd.                      2401 Worthington Dr. Suite 106
Dallas, TX 75254-6883                   Greenville, SC 29607-2777               Denton, TX 76207-3451


Denton County                           Glenview Financial                      Green Note Capital
c/o McCreary, Veseka , Bragg & Allen PC 10130 Perimeter Pkwy., Ste. 110         1019 Avenue P Suite 401
PO Box 1269                             Charlotte, NC 28216-0196                Brooklyn, NY 11223-2366
Round Rock, TX 78680-1269


(p)JPMORGAN CHASE BANK  N A             National Funding, Inc.                  NextGear Capital Wholesale
BANKRUPTCY MAIL INTAKE TEAM             9820 Town Centre Drive                  11799 North College Avenue
700 KANSAS LANE FLOOR 01                San Diego, CA 92121-1912                Carmel, IN 46032-5605
MONROE LA 71203-4774


NextGear Capital, Inc.                  US Trustee                              Mark A WEISBART (SBRA V)
c/o Padfield & Stout, LLP               Office of the U.S. Trustee              Subchapter V Trustee
Christopher V. Arisco                   110 N. College Ave.                     10501 N Central Expy Suite 106
420 Throckmorton Street, Suite 1210     Suite 300                               Dallas, TX 75231-2203
Fort Worth, TX 76102-3792               Tyler, TX 75702-7231


WESTLAKE SERVICE INC                    XL Funding, LLC d/b/a AXLE Funding
4751 WILSHIRE BLVD SUITE 100            c/o Padfield & Stout, LLP
Los Angeles, CA 90010-3847              Christopher V. Arisco
                                        420 Throckmorton Street, Suite 1210
                                        Fort Worth, TX 76102-3792
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMorgan Chase Bank
P.O. Box 659754
San Antonio, TX 78265
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Westlake Flooring Company, LLC       End of Label Matrix
                                        Mailable recipients    16
                                        Bypassed recipients     1
                                        Total                  17
```