IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-40316-11 |
| DFW BOAT SPECIALISTS, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## WITHDRAWAL OF CLAIM NUMBER 10

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

XL Funding, LLC d/b/a AXLE Funding (hereinafter "AXLE"), a secured creditor in this proceeding, files this Withdrawal of Claim Number 10, and would show the Court as follows:

1. AXLE filed Claim Number 10 in the amount of $15,368.00 on May 2, 2023.

2. AXLE hereby withdraws Claim Number 10.

**PADFIELD & STOUT, LLP**
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D. # 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

## **CERTIFICATE OF SERVICE**

      The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, June 28, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **DFW Boat Specialists, LLC**<br>2401 Worthington Dr., Suite 106<br>Denton, Texas 76207<br><br>*Debtor* | **Eric A. Liepins**<br>Eric A. Liepins, P.C.<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br><br>*Attorney for Debtor* |
| **Mark A. Weisbart**<br>10501 N. Central Expy., Suite 106<br>Dallas, Texas 75231<br><br>*Subchapter V Trustee* | **United States Trustee**<br>110 N. College Avenue, Suite 300<br>Tyler, Texas 75702 |
| **All those receiving ECF notification in this case and on the attached list of the 20 largest unsecured creditors.** | |

                                          /s/ Christopher V. Arisco
                                          Christopher V. Arisco

| | | |
|---|---|---|
| AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265 | American Express Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | Axle Funding<br>14951 Dallas Pkwy. #200<br>Dallas, TX 75254 |
| CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607 | Green Note Capital<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223 | JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 |
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 | NextGear Capital Wholesale<br>11799 North College Avenue<br>Carmel, IN 46032 |
| WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD, SUITE 100<br>LOS ANGELES, CA 90010 | | |

**20 Largest Unsecured Creditors**