IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>DFW BOAT SPECIALISTS LLC<br><br>　　　　　　　　　　Debtor | Case No. 23-40316<br>Chapter 11 |

**FINAL APPLICATION OF SUBCHAPTER V
TRUSTEE FOR PAYMENT OF FEES AND EXPENSES**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW, Mark A Weisbart, Subchapter V Trustee, submitting this Final Application of Subchapter V Trustee for Payment of Fees and Expenses, pursuant to 11 U.S.C. §330(a), and, in support hereof, would show the Court as follows:

1.　　This case was commenced by the filing of a Chapter 11 proceeding under Section 1101 of the Bankruptcy Code on February 22, 2023.

2.　　Trustee was appointed Subchapter V Trustee by the Office of the United States Trustee on February 27, 2023.

3.　　On June 21, 2023, the Court confirmed Debtor's plan of reorganization.

4.　　Pursuant to this Application, Trustee seeks fees and reimbursement of expenses totaling $2,896.78.

5.　　A copy of the billing statements of Trustee are attached hereto as Exhibit "A". Exhibit "A" sets forth on a daily basis the nature of the services rendered by Trustee, the date on which those services were performed, and the amount of time dedicated to the particular service.

6. Professional fees incurred by Trustee were performed pursuant to his statutory duties under Section 1183 of the Bankruptcy Code. The principal services performed by Trustee involved (i) attending Debtor's initial interview and §341 meeting of creditors, (ii) attending Court hearings and status conferences, and (iii) reviewing pleadings and Debtor's Plan of Reorganization.

7. Trustee billed at his standard hourly rate of $515.00 per hour. This is Trustee's first and final fee application for pre-confirmation services.

8. Trustee requests payment of the unpaid balance within fourteen (14) days following entry of an order approving this Application.

WHEREFORE, PREMISES CONSIDERED, Trustee requests upon appropriate notice and opportunity for hearing, this Court enter an order approving the Final Application of Subchapter V Trustee for Payment of Fees and Expenses and grant Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A Weisbart
Mark A Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid no later than the 12th day of July 2023.

/s/ Mark A Weisbart
Mark A Weisbart

# MARK A. WEISBART

Subchapter V Trustee
10501 N Central Expy, Suite 106
Dallas, Texas 75231

———————

Phone (972) 755-7103             mweisbart@haywardfirm.com

DFW Boat Specialists LLC #23-40316

**Professional Services**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/2023 | MAW | CASE ADMINISTRATION<br>Telephonic attendance of hearing on motion to compel | 0.30 | $154.50 |
| 3/21/2023 | MAW | CASE ADMINISTRATION<br>Attendance at multiple hearings (4 hrs total), review status report | 2.00 | $1,030.00 |
| 3/27/2023 | MAW | CASE ADMINISTRATION<br>Debtor interview | 0.20 | $103.00 |
| 3/31/2023 | MAW | CASE ADMINISTRATION<br>Attend 341 meeting | 0.30 | $154.50 |
| 4/4/2023 | MAW | CASE ADMINISTRATION<br>Attend status conference | 1.00 | $515.00 |
| 5/4/2023 | MAW | CASE ADMINISTRATION<br>Review plan | 0.30 | $154.50 |
| 6/6/2023 | MAW | CASE ADMINISTRATION<br>Review plan objections | 0.20 | $103.00 |
| 6/8/2023 | MAW | CASE ADMINISTRATION<br>Second review of plan, objections, prepare comment | 1.20 | $618.00 |

Exhibit "A"

DFW Boat Specialists LLC #23-40316                                     Page     2

|  |  | Hours | Amount |
|---|---|---:|---:|
| For professional services rendered |  | 5.50 | $2,832.50 |

**Additional Charges :**

| Date | Initials | Description | Amount |
|---|---|---|---:|
| 6/12/2023 | MAW | Copying<br>Copies | 6.60 |
|  | MAW | Postage<br>Postage | 6.93 |
| 7/11/2023 | MAW | Copy Service<br>Copies and mailout | 50.75 |

| | |
|---|---:|
| Total costs | $64.28 |
| Total amount of this bill | $2,896.78 |
| Balance due | $2,896.78 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| Mark A. Weisbart | 5.50 | 515.00 |

Exhibit "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40316<br>Eastern District of Texas<br>Sherman<br>Tue Jul 11 14:20:42 CDT 2023 | AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Axle Funding<br>14951 Dallas Pkwy #200<br>Dallas, TX 75254-6883 |
| Axle Funding<br>Christopher V. Arisco c/o Padfield & Sto<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | CarBucks<br>417 Woods Lake Rd<br>Greenville, SC 29607-2777 | CarBucks Floor Plan<br>417 Woods Lake Rd.<br>Greenville, SC 29607-2777 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | DFW Boat Specialists LLC<br>2401 Worthington Dr. Suite 106<br>Denton, TX 76207-3451 | Denton County<br>c/o McCreary, Veseka , Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| First Bank DBA CarBucks Floor Plan<br>417 Woods Lake Road<br>Greenville, SC 29607-2777 | Glenview Financial<br>10130 Perimeter Pkwy., Ste. 110<br>Charlotte, NC 28216-0196 | Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| James Randolph Liebler II<br>Liebler, Gonzalez & Portuondo<br>2500 Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 | Eric A Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 |
| National Funding, Inc.<br>9820 Town Centre Drive<br>San Diego, CA 92121-1912 | NextGear Capital<br>Wholesale 11799 North College Avenue<br>Carmel, IN 46032-5605 | NextGear Capital, Inc.<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 |
| NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | Alan Bartlett Padfield<br>Padfield & Stout, L.L.P.<br>420 Throckmorton Street, Suite 1210<br>Ft. Worth, TX 76102-3792 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Sidney H. Scheinberg<br>Godwin Bowman PC<br>500 N. Akard, #1100<br>75201<br>Dallas, TX 75201-3499 | The County of Denton, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 |
| WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD SUITE 100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 | XL Funding, LLC d/b/a AXLE Funding<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | (d)JPMorgan Chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | National Funding<br>9530 Towne Centere Dr.<br>San Diego, CA 92121 |
| (d)National Funding, Inc.<br>9530 Towne Centre Dr., Suite 120<br>San Diego, CA 92121 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMERICAN EXPRESS CLASSIC GOLD CARD<br>PO BOX 650448<br>Dallas, TX 75265-0448 | (d)American Exprex Blue Business Plus<br>PO Box 981535<br>El Paso, TX 79998-1535 | (d)Green Note Capital<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 |
| (d)NextGear Capital Wholesale<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | (d)WESTLAKE SERVICE INC<br>4751 WILSHIRE BLVD SUITE 100<br>LOS ANGELES, CA 90010-3847 | (u)Westlake Flooring Company, LLC |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     6
Total                  41