**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>DFW BOAT SPECIALISTS LLC<br><br>Debtor | Case No. 23-40316<br>Chapter 11 |

**ORDER APPROVING FINAL APPLICATION OF
SUBCHAPTER V TRUSTEE FOR PAYMENT OF FEES AND EXPENSES**

ON THIS DAY came on to be heard the Final Application of Subchapter V Trustee for Payment of Fees and Expenses and, after appropriate notice and opportunity for hearing, the Court finds the Application should be approved. Therefore, it is hereby

ORDERED that Mark A Weisbart, Subchapter V Trustee ("Trustee"), is awarded fees and reimbursement of expenses totaling $2,896.78; it is further

ORDERED that Debtor shall pay the Trustee the full amount of this award within fourteen (14) days following entry of this Order.

IT IS SO ORDERED.