## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No. 23-40316 |
| DFW BOAT SPECIALISTS LLC | Chapter 11 |
| Debtor | |

## ORDER APPROVING FINAL APPLICATION OF
## SUBCHAPTER V TRUSTEE FOR PAYMENT OF FEES AND EXPENSES

ON THIS DAY came on to be heard the Final Application of Subchapter V Trustee for Payment of Fees and Expenses and, after appropriate notice and opportunity for hearing, the Court finds the Application should be approved. Therefore, it is hereby

ORDERED that Mark A Weisbart, Subchapter V Trustee ("Trustee"), is awarded fees and reimbursement of expenses totaling $2,896.78; it is further

ORDERED that Debtor shall pay the Trustee the full amount of this award within fourteen (14) days following entry of this Order.

IT IS SO ORDERED.

Signed on 08/07/2023

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE