**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE: <br><br> DFW BOAT SPECIALISTS LLC <br><br> Debtor | Case No. 23-40316 <br> Chapter 11 |

**ORDER APPROVING FINAL APPLICATION OF
SUBCHAPTER V TRUSTEE FOR PAYMENT OF FEES AND EXPENSES**

ON THIS DAY came on to be heard the Final Application of Subchapter V Trustee for Payment of Fees and Expenses and, after appropriate notice and opportunity for hearing, the Court finds the Application should be approved. Therefore, it is hereby

ORDERED that Mark A Weisbart, Subchapter V Trustee ("Trustee"), is awarded fees and reimbursement of expenses totaling $2,896.78; it is further

ORDERED that Debtor shall pay the Trustee the full amount of this award within fourteen (14) days following entry of this Order.

IT IS SO ORDERED.

Signed on 08/07/2023

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 23-40316-btr

DFW Boat Specialists LLC    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 2

Date Rcvd: Aug 07, 2023      Form ID: pdf400      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DFW Boat Specialists LLC, 2401 Worthington Dr. Suite 106, Denton, TX 76207-3451 |
| cr | + | AMERICAN EXPRESS CLASSIC GOLD CARD, PO BOX 650448, Dallas, TX 75265-0448 |
| cr | | American Exprex Blue Business Plus, PO Box 981535, El Paso, TX 79998-1535 |
| cr | #+ | Axle Funding, 14951 Dallas Pkwy #200, Dallas, TX 75254-6883 |
| cr | + | CarBucks Floor Plan, 417 Woods Lake Rd., Greenville, SC 29607-2777 |
| cr | + | Glenview Financial, 10130 Perimeter Pkwy., Ste. 110, Charlotte, NC 28216-0196 |
| cr | + | Green Note Capital, 1019 Avenue P Suite 401, Brooklyn, NY 11223-2366 |
| cr | + | NextGear Capital Wholesale, 11799 North College Avenue, Carmel, IN 46032-5605 |
| cr | + | NextGear Capital, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | XL Funding, LLC d/b/a AXLE Funding, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Aug 07 2023 23:16:00 | Denton County, c/o McCreary, Veseka, Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 23:30:36 | JPMorgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 |
| cr | + | Email/Text: jduty@nationalfunding.com | Aug 07 2023 23:16:00 | National Funding, Inc., 9820 Town Centre Drive, San Diego, CA 92121-1912 |
| cr | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Aug 07 2023 23:16:00 | WESTLAKE SERVICE INC, 4751 WILSHIRE BLVD SUITE 100, Los Angeles, CA 90010-3847 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 23-40316   Doc 78   Filed 08/09/23   Entered 08/09/23 23:29:59   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0540-4 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf400 | Total Noticed: 14 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alan Bartlett Padfield
on behalf of Creditor XL Funding LLC d/b/a AXLE Funding abp@livepad.com

Christopher V. Arisco
on behalf of Creditor XL Funding LLC d/b/a AXLE Funding carisco@padfieldstout.com

Christopher V. Arisco
on behalf of Creditor NextGear Capital Inc. carisco@padfieldstout.com

Eric A Liepins
on behalf of Debtor DFW Boat Specialists LLC eric@ealpc.com martha@ealpc.com;r56883@notify.bestcase.com

James Randolph Liebler, II
on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler, II
on behalf of Creditor WESTLAKE SERVICE INC jrlii@lgplaw.com mkv@lgplaw.com

John M. Vardeman
on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov

Julie Anne Parsons
on behalf of Creditor Denton County jparsons@mvbalaw.com
kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Mark A WEISBART (SBRA V)
mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Sidney H. Scheinberg
on behalf of Creditor Glenview Financial SScheinberg@GodwinBowman.com
sidscheinberg@me.com;MRush@GodwinBowman.com;BBonney@GodwinBowman.com;TSmith@GodwinBowman.com

TOTAL: 10